Plaintiff's motion for leave to amend complaint is GRANTED; the Clerk is directed to file the amended complaint on the docket as of the date of this Order.

ENTER: December 31, 2013

*JOSEPH R. GOODWIN*
*UNITED STATES DISTRICT JUDGE*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

| | | |
|---|---|---|
| In Re: Coloplast Corp. Pelvic Repair System Products Liability Litigation | § § § | MDL No. 2387 |
| THIS DOCUMENT RELATES TO: | § § | |
| Janice L. Blackburn and Jake Blackburn v. Coloplast Corp., et al. | § § § | Civil Action No. 2:12-cv-04686 |

## NOTICE OF MOTION FOR LEAVE
## TO FILE A FIRST AMENDED COMPLAINT

Plaintiffs, by and through counsel, hereby moves this Honorable Court for an Order granting Plaintiffs' Leave to File their Amended Complaint.

PLEASE TAKE FURTHER NOTICE that in support of the within motion plaintiffs shall rely upon the Certification of Karen Beyea-Schroeder, Esquire, attached hereto. A proposed form of Order is submitted herewith.

PLEASE TAKE FURTHER NOTICE that we have conferred with the defendants and they do not oppose this motion. Therefore, the moving party does not request oral argument on this application unless opposition is filed.

A copy of the proposed Amended Complaint is attached hereto and marked as Exhibit "A."

Dated:  December 26, 2013

                Respectfully submitted,

                /s/Karen Beyea-Schroeder
                ***Attorney for Plaintiffs***

Karen Beyea-Schroeder (TX Bar No. 24054324)
FLEMING, NOLEN & JEZ, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, Texas 77056-6109
Tel:  713-621-7944
Fax: 713-621-9638
karen_beyea-schroeder@fleming-law.com

2